SEND
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2093 PA (Ex) | Date | April 29, 2009 |
|---|---|---|---|
| Title | Emiliano Favela, et al. v. New Century Mortgage Corp., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

      The Court issued an Order on April 13, 2009 provisionally remanding this action but staying the Order until April 23, 2009 to provide Plaintiff an opportunity to remain in federal court and waive the procedural defects in the Notice of Removal. Plaintiff did not notify the Court of any wish to waive the procedural defects. Accordingly, this action is remanded for failure to comply with the removal requirements of 28 U.S.C. 1446. See 28 U.S.C. §§ 1446(a), 1447(c).

      IT IS SO ORDERED.